**FILED**

Jul 09, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE JESUS TORRES GARCIA,<br><br>    Defendant. | CASE NO. 1:21-mj-00072 EPG<br><br>ORDER UNSEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

Dated:  **Jul 9, 2021**

_/s/ Erica P. Grosjean_
HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1