HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
JOSE JESUS TORRES GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE JESUS TORRES GARCIA, <br><br> Defendant. | Case No. 1:21-mj-00072-EPG <br><br> **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER THEREON** |

    Defendant Jose Jesus Torres Garcia hereby moves this Court for a modification of his conditions of release, originally ordered on July 14, 2021, to permit Mr. Torres Garcia to be released to a representative of the Federal Defender's Office for transportation to the Turning Point of Central California, Inc. drug treatment program on Tuesday, July 20, 2021 at 8 a.m., instead of Monday, July 19, 2021 at 7 a.m. ECF No. 13. Neither the Government nor the Pretrial Services Office oppose this Motion.

    Mr. Torres Garcia appeared in court for an initial appearance pursuant to a criminal complaint on July 12, 2021. ECF No. 7. On July 14, 2021, after holding a detention hearing, this Court ordered Mr. Torres Garcia's release subject to conditions, including that Mr. Torres Garcia attend an in-patient drug treatment program at Turning Point of Central California, Inc., and that his release be delayed until July 19, 2021 at 7:00 a.m., at which time a representative from the

Federal Defender's Office will transport Mr. Torres Garcia directly to the Turning Point program from Fresno County Jail.

Due to scheduling issues unknown to counsel at the time of the detention hearing, the Federal Defender's Office is unable to transport Mr. Torres Garcia on Monday, July 19, 2021. Accordingly, Mr. Torres Garcia now respectfully requests that this Court modify his conditions of release to permit him to be transported to the Turning Point program from Fresno County Jail on Tuesday, July 20, 2021 at 8:00 a.m. instead. Given the above, neither the Government nor the Pretrial Services Office oppose the modification.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: July 16, 2021             By:    /s/ Jaya Gupta
                                        JAYA C. GUPTA
                                        Assistant Federal Defender

                                        Attorney for Defendant
                                        JOSE JESUS TORRES GARCIA

# **ORDER**

For the reasons stated in Defendant Jose Jesus Torres Garcia's Unopposed Motion to Modify Conditions of Pretrial Release, and because neither the Government nor the Pretrial Services Office oppose the modification, the Court finds that there is good cause to modify Mr. Torres Garcia's conditions of release, and that the conditions, as modified, continue to reasonably assure his appearance in Court and the safety of the community.

Therefore, the Court ORDERS that Mr. Torres Garcia be released on all prior court-imposed conditions of pretrial release, with the following modifications:

Condition (n): Mr. Torres Garcia's release is delayed until 7/20/2021 at 8:00 a.m., at which time Mr. Torres Garcia will be released from the Fresno County Jail to a representative from the Federal Defender's Office and transported directly to the Turning Point Program.

IT IS SO ORDERED.

Dated: **July 19, 2021**               /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE