HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JOSE JESUS TORRES GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00190-DAD-BAM |
| Plaintiff, | STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE ON PRETRIAL VIOLATION HEARING |
| vs. | |
| JOSE JESUS TORRES GARCIA, | DATE:   August 25, 2021<br>TIME:    10:15 a.m.<br>JUDGE:  Hon. Stanley A. Boone |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing on the Pretrial Violation Petition currently scheduled for August 25, 2021 before the Honorable Stanley A. Boone, may be continued to September 27, 2021, at 9:00 a.m. before the Honorable Dale A. Drozd for further status conference.

The parties have reached a resolution in this case and have filed the signed plea agreement on the docket with the change of plea hearing set for September 27, 2021 at 9:00 a.m. *See* Dkt. #31, #33.  Both counsel anticipate the Pretrial Violation Petition will resolve upon entry of plea in the underlying case and ask that the contested violation hearing currently scheduled for September 2, 2021, at 9:00 a.m. before the Honorable Stanley A. Boone be vacated.

Time has previously been excluded through and including September 27, 2021. Dkt. #33.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | PHILLIP TALBERT<br>Acting United States Attorney |
| DATED: August 23, 2021 | | By: | /s/ *Justin Gilio*<br>Justin Gilio<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 23, 2021 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOSE JESUS TORRES GARCIA |

**O R D E R**

IT IS SO ORDERED that the status conference for the Pretrial Violation Petition in the above-entitled case shall be continued to September 27, 2021, at 9:00 a.m., before the Honorable Dale A. Drozd for further status conference.

IT IS FURTHER ORDERED that the contested hearing on the Pretrial Violation Petition currently scheduled for September 2, 2021, at 9:00 a.m., be vacated.

IT IS SO ORDERED.

Dated:   **August 23, 2021**

UNITED STATES MAGISTRATE JUDGE