| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JOSE JESUS TORRES GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00190-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| JOSE JESUS TORRES GARCIA, | DATE:  March 28, 2021 |
| | TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing currently scheduled for January 10, 2022, may be continued to March 28, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd.

Defense counsel is requesting the additional time to further gather information it believes is relevant and necessary to properly prepare for the sentencing hearing.  After Mr. Torres Garcia entered his plea in district court, he was transferred to a different facility causing some communications to take additional time.  Due to some previously scheduled time off, the next date available for the parties is the requested March 28, 2022 date.  The government has no objection to the requested date.

Because this is a sentencing hearing and Mr. Torres Garcia has already entered his guilty plea, no exclusion of time is necessary under the Speedy Trial Act.

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | PHILLIP TALBERT<br>Acting United States Attorney |
| DATED: November 22, 2021 |   | By: | /s/ *Justin J. Gilio*<br>Justin J. Gilio<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: November 22, 2021 |   | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOSE JESUS TORRES GARCIA |

**O R D E R**

IT IS SO ORDERED that the status conference for the Sentencing Hearing in the above-entitled case shall be continued to March 28, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **November 23, 2021**

UNITED STATES DISTRICT JUDGE