HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
CHARLES J. LEE, CA Bar 221057
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE JESUS TORRES GARCIA

FILED
DEC 29 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. JOSE JESUS TORRES GARCIA, *Defendant*. | No. 1:21-cr-00190-DAD-BAM  MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER THEREON |

Charles J. Lee, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant JOSE JESUS TORRES GARCIA. As grounds, he states:

1. The Federal Defender's Office was appointed to represent Jose Jesus Torres Garcia on July 12, 2021, at his initial appearance. Dkt. #7.

2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.

3. On December 23, 2021, the undersigned was appointed to the Fresno Superior Court and anticipates making the transition in January 2022.

4. As Mr. Garcia is still in need to counsel to represent him, our office has contacted CJA panel attorney Douglas Foster, who is available and willing to accept the appointment.

5. Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Douglas Foster, be appointed.

Respectfully submitted,

DATED: December 29, 2021

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for JOSE JESUS TORRES GARCIA

## ORDER

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of JOSE JESUS TORRES GARCIA, and that CJA panel counsel Douglas Foster shall be appointed.

DATED: December 29, 2021

HON. ERICA P. GROSJEAN
United States Magistrate Judge

Garcia: Motion to Withdraw