1 DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
2 139 W. El Portal Dr.; Suite D
Merced, CA  95348
3 Telephone: (209) 691-7280
Fax: (209) 691-7290
4
Attorney for Defendant
5 JOSE JESUS TORRES GARCIA

6

7                  IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No. 1:21-cr-00190-DAD

11            Plaintiff,
                                         STIPULATION AND
12  vs.                                  ORDER TO CONTINUE SENTENCING

13  JOSE JESUS TORRES GARCIA,

14            Defendant.

15

16

17        IT IS HEREBY STIPULATED by and between the parties hereto, through their

18  respective counsel, that the sentencing hearing in the above-captioned matter now set for March

19  28, 2022, may be continued to April 18, 2022, at 9:00 a.m.

20        Defense counsel will be on a pre-paid vacation on the date presently set for sentencing.

21  The date was chosen by previous counsel. The defense will need additional time to file a

22  sentencing memorandum.

23        Counsel for the government and the assigned USPO have no objection to the requested

24  date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial

25  Act.

26

27

28

1    IT IS SO SIPULATED:

2                                                    PHILLIP A. TALBERT
                                                     United States Attorney
3

4
     DATED:                                          /s/ Justin Gilio_____
5                                                    JUSTIN GILIO
                                                     Assistant United States Attorney
6                                                    Attorney for Plaintiff

7

8

9    DATED:                                          /s/ Douglas C. Foster_____
                                                     DOUGLAS C. FOSTER
10                                                   Law Offices of Douglas C. Foster
                                                     Attorney for Defendant
11                                                   JOSE JESUS TORRES GARCIA

12

13

14

15                                        **ORDER**

16         IT IS SO ORDERED that the sentencing hearing in the above-encaptioned case shall be

17   continued to April 18, 2022, at 9:00 a.m.

18

19   IT IS SO ORDERED.

20      Dated:   **March 16, 2022**                _____
                                                     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

-2-