DOUGLAS C. FOSTER SBN# 205674
Law Office of Douglas C. Foster
3185 M. Street; Suite 200
Merced, California 95348
Telephone (209) 691-7280
Facsimile (209) 691-7290

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:21-cr-00190 |
| vs. | MOTION TO EXONERATE BOND; ORDER |
| JOSE JESUS TORRES GARCIA, | |
| Defendant. | |

    Defendant, Jose Jesus Torres Garcia, hereby moves the court pursuant to Federal Rule of Criminal Procedure 46(g) for exoneration of the bond and full reconveyance of the cash bond of $500 posted on July 16, 2021.

    On July 14, 2021, the Court ordered Mr. Torres-Garcia released on conditions which included the posting of a cash bond in the amount of $500. On July 16, 2021, Estela Garcia posted a cash bond in the amount of $500 (DKT #14, Receipt #CAE100048792).

    On April 18, 2022, Mr. Torres-Garcia was sentenced to 72 months in the Bureau of Prisons. Mr. Torres-Garcia is respectfully requesting that the bond be

exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure and that the cash be disbursed to the surety, Estela Garcia.

Respectfully submitted,

Dated:                                                                /s/   Douglas C. Foster
                                                                       Law Offices of Douglas C. Foster
                                                                       By: Douglas C. Foster

## **ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $500 bond in the above-captioned case and reconvey the $500 cash to Estela Garcia, the surety who originally posted the cash bond.

IT IS SO ORDERED.

Dated:   **July 25, 2024**                         /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE